1:20-cv-02522-SEB-MPB

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TERIN HUMPHREY | : | |
|     Creditor/Appellant, | : | |
| | : | |
| vs. | : | |
| | : | |
| USA GYMNASTICS | : | |
|     Debtor, | : | 1:20-cv-02522-SEB-MPB |
| | : | |
| and | : | |
| | : | |
| TORT CLAIMANTS COMMITTEE | : | |
| Appellee/Sole-Objecting Party. | : | |

**ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION**
**CASE NO. 18-09108-RLM-11 [DOC. 1213]**

# CHILD USA'S
# MOTION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE

**Amina A. Thomas, #34451-49**
**Cohen & Malad, LLP**
Attorneys for Amicus Curiae CHILD USA
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Ph: (317) 636-6481
Fax: (317) 636-2593
athomas@cohenandmalad.com

**Alice Bohn, Esq.**
**Staff Attorney, CHILD USA**
E: ABohn@childusa.org

**Lauren Majewski, Esq.**
**Staff Attorney, CHILD USA**
E: lmajewski@childusa.org

**Marci A. Hamilton, Esq.**
**CEO & Legal Director, CHILD USA**
Fels Institute of Government Professor of Practice
Fox Family Pavilion Senior Fellow in Residence
Program for Research on Religion
University of Pennsylvania
3508 Market Street, Suite 202
Philadelphia, Pennsylvania 19104
Ph: (215) 539-1906
E: marcih@sas.upenn.edu

**Jessica Schidlow, Esq.**
**Staff Attorney, CHILD USA**
E: JSchidlow@childusa.org

1

## CHILD USA'S
## MOTION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE

**NOW COMES** CHILD USA,[1] a 501(c)(3) nonprofit think tank based in Philadelphia, Pennsylvania, by and through its counsel Shaunestte N. Terrell, of Cohen & Malad, LLP, and moves this Honorable Court for leave to file an Amicus Curiae Brief in support of Creditor/Appellant Terrin Humphrey in this matter. In support of its Motion for Leave to Participate as Amicus Curiae, CHILD USA states:

1. Creditor/Appellant Terrin Humphrey is 2-time Olympic silver medal award-winning gymnast, who is a survivor of childhood sexual assault by Larry Nassar, who has filed a claim against USA Gymnastics in bankruptcy court.

2. Humphrey became aware of her claim after the bankruptcy bar date and seeks to have her claim permitted as timely.

3. Under Virginia law, Humphrey's claim is within the child sex abuse statutes of limitations.

4. USA Gymnastics did not object to Humphrey's Motion to Allow Late Filed Claim to Be Treated as Timely Filed, but an objection was filed by the Additional Tort Claimants Committee of Sexual Abuse Survivors.

5. The Bankruptcy Court denied Humphrey's Motion.

6. The instant case presents significant legal constitutional issues that impact the rights of survivors of childhood sexual assault across the country.

7. The instant case presents questions regarding the impact of bankruptcy proceedings on state efforts to deter and remedy child sex abuse and the due process rights of survivors of childhood sexual assault.

---

[1] *See* https://childusa.org/.

8. The instant case presents questions regarding the constitutionality of the federal bankruptcy system foreshortening state-determined statutes of limitation.

9. These questions are central to CHILD USA's mission to advocacy for children's rights and abuse prevention across the nation.

10. CHILD USA is a 501(c)(3) non-profit think tank that conducts evidence-based legal, medical, and social science research to identify laws and policies affecting child protection.

11. CHILD USA supports legal reform to prevent child abuse across the country through cutting edge legal, medical, and legal analysis.

12. Professor Marci Hamilton, University of Pennsylvania, is the Founder, CEO, and Legal Director of CHILD USA.

13. Professor Hamilton is the leading expert in the United States on child sex abuse statutes of limitations reform, and a distinguished church/state scholar. She is also the Fels Institute of Government Professor of Practice, where she teaches public policy and public law, and a Fox Family Distinguished Scholar in Residence at the University of Pennsylvania.

14. Before founding CHILD USA, Professor Hamilton held the Paul R. Verkuil Chair in Public Law at the Benjamin N. Cardozo School of Law, Yeshiva University. She is the author of Justice Denied: What America Must Do to Protect Its Children (Cambridge University Press 2008) and God vs. the Gavel: The Perils of Extreme Religious Liberty (Cambridge University Press 2014).

15. Professor Hamilton clerked for Associate Justice Sandra Day O'Connor of the United States Supreme Court and Judge Edward R. Becker of the United States Court of Appeals for the Third Circuit. She received her J.D., magna cum laude, from the University of Pennsylvania Law School, where she served as Editor-in-Chief of the University of

Pennsylvania Law Review. She also received her M.A. in Philosophy and M.A., high honors, in English from Pennsylvania State University, and her B.A., summa cum laude, from Vanderbilt University. She is a member of Phi Beta Kappa and Order of the Coif.

16. Professor Hamilton is a national expert on child sex abuse; the statutes of limitations that make it difficult for victims to pursue justice; and defenses that may lead to the neglect of children. Hamilton has filed countless pro bono amicus briefs for the protection of children at the Supreme Court of the United States and the state supreme courts, and has submitted testimony and advised legislators in every state where significant statute of limitation reform has occurred.

17. In 2020 alone, CHILD USA has filed amicus briefs in the Supreme Court of the United States in *Fulton, et al. v. City of Philadelphia, Pennsylvania, et al.*, Case No.: 19-123, *Trump, et al. v. Pennsylvania, et. al.*, Case No.: 19-454, and *Our Lady of Guadalupe School, et al. v. Biel*, Case Nos.: 19-267 and 19-348. Additionally, CHILD USA has also filed amicus briefs in numerous state and federal appellate courts in 2020.[2]

18. Professor Hamilton and CHILD USA representatives have testified across the nation on issues affecting the health and well-being of children. For example, recent testimony has been provided to legislatures in South Dakota (2020), New Hampshire (2020), Kansas (2020), Hawaii (2020), Pennsylvania (2019), Vermont (2019), Connecticut (2019), Rhode Island (2019), New Jersey (2019), California (2019), Maryland (2019), New York (2019), Chile (2018), Georgia (2018), and Michigan (2018).

19. CHILD USA believes and advocates that children's healthcare is a legal duty. Sexual abuse and the maltreatment of children have an all too frequent impact on children's health. These

---

[2] *See* https://childusa.org/amicus-advocacy/.

4

acts often occur in secret, behind closed doors, but have public consequences. Survivors, their families, and the public pay a high price even decades after the violence ends. CHILD USA is a child abuse nonprofit that cuts through the shame and the secrecy to gather and analyze the data behind abuse and neglect.

20. As a child abuse nonprofit dedicated to protecting kids and preventing abuse, CHILD USA conducts research, compiles evidence, promotes ideas, and proposes the most effective policies to prevent childhood abuse and neglect.

21. CHILD USA is divided into three departments: Social Science, Legal, and Administrative.

22. CHILD USA draws on the combined expertise of the nation's leading medical, social science, and legal academics to reach evidence-based solutions to persistent and widespread child abuse and neglect.

23. All child survivors deserve justice, and CHILD USA aims to find the path for them.

24. To further CHILD USA's mission, CHILD USA has, among others, the following initiatives that affect children and survivors of childhood sexual abuse across the country:

　　a. Statute of limitations reform.[3]

　　b. Abuse and neglect of athletes by and through the "Game Over Commission."[4]

　　c. Family court reform.[5]

　　d. Conversion therapy reform.[6]

　　e. Medical neglect and vaccination reform.[7]

---

[3] *See* https://childusa.org/sol/.
[4] *See* https://childusa.org/abuse-neglect-of-athletes/.
[5] *See* https://childusa.org/familycourts/.
[6] *See* https://childusa.org/conversion-therapy/.
[7] *See* https://childusa.org/medicalneglect/.

      f. Amicus advocacy.[8]

      g. Child marriage reform.[9]

      h. Childhood sexual abuse reform.[10]

25. CHILD USA Ambassadors help support CHILD USA's advocacy efforts across the nation and include Ambassadors such as Leah Remini (National Ambassador for Child and Family Protection), Justin Conway, Corey Feldman (National Ambassador for SOL Reform), Lyndsey Gamet, Danielle Pollack, and Vinka Jackson (International Ambassador).[11]

26. CHILD USA's Social Science Department is engaged in valuable research into the causes and effects of childhood sexual abuse across the world.[12] The parties to this matter, without the assistance of CHILD USA as amicus curiae, are unable to provide insight into the latest scientific research regarding childhood sexual abuse.

27. The issues in this matter are of great concern and importance to the goals of CHILD USA.

28. CHILD USA is in perhaps the best position of any national childhood abuse advocacy group to assist this Honorable Court in addressing the issues raised in this matter and respectfully requests that it be granted the opportunity to file an amicus curiae brief in this matter.

---

[8] *See* https://childusa.org/amicus-advocacy/.
[9] *See* https://childusa.org/child-marriage/.
[10] *See* https://childusa.org/child-sex-abuse/.
[11] *See* https://childusa.org/ambassadors/.
[12] *See* https://childusa.org/social-science/.

**WHEREFORE,** CHILD USA respectfully requests that this Honorable Court grant it permission to file an amicus curiae brief in this matter, a proposed draft of which is attached hereto as Exhibit A.

                                                      **Respectfully Submitted,**

**Date: December 1, 2020**                   /s/ Amina A. Thomas
                                                   **Amina A. Thomas, #34451-49**
                                                   **Cohen & Malad, LLP**
                                                   Attorneys for Amicus Curiae CHILD USA
                                                   One Indiana Square, Suite 1400
                                                   Indianapolis, IN 46204
                                                   Ph: (317) 636-6481
                                                   Fax: (317) 636-2593
                                                   E: athomas@cohenandmalad.com

## PROOF OF SERVICE

I hereby certify that on December 1, 2020, a copy of CHILD USA's Motion for Leave to Participate as Amicus Curiae was filed electronically. Notice of this filing will be sent to all counsel of record through the Court's Electronic Case Filing System.

Date:  December 1, 2020                              Respectfully Submitted,

/s/ Amina A. Thomas
**Amina A. Thomas**
**Cohen & Malad, LLP**
Attorneys for Amicus Curiae CHILD USA
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Ph: (317) 636-6481
Fax: (317) 636-2593
E: athomas@cohenandmalad.com